# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Wayne Carrothers, Jr.,

    Petitioner,

vs.

The State of North Carolina et al,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:08cv302

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/2/2008 Order.

Signed: July 2, 2008

Frank G. Johns, Clerk
United States District Court